MARIE AREZZI, AN INFANT BY HER NEXT FRIEND, ET AL., PLAINTIFFS–RESPONDENTS, v. ANTHONY CUTRALE, JR., ET AL., DEFENDANTS–APPELLANTS.

Argued March 14, 1949—Decided March 21, 1949.

*Mr. Harvey G. Stevenson* argued the cause for the defendants-appellants.

*Messrs. Lieb & Kohn,* attorneys for the plaintiffs-respondents.

PER CURIAM. The judgment under review will be affirmed for the reasons expressed in the opinion of Mr. Justice Donges in the former Supreme Court.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, HEHER, WACHENFELD, BURLING and ACKERSON—6.

*For reversal:* None.